UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| RICKY W. JESTER, | ) | |
|---|---|---|
| | ) | |
| Movant, | ) | |
| vs. | ) | Case No. 3:11-cv-170-WTL-WGH |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT.

The motion for relief pursuant to 28 U.S.C. § 2255 docketed as No. 3:11-cv-170-RLY-WGH is **denied.**

Date: 04/23/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Ricky W. Jester
#983966
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838

All electronically registered counsel